UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No: 6:20-cr-121-Orl-37DCI

JACQUELINE OCTAVIA EUGENE,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent Jacqueline Octavia Eugene, in the above-styled cause.

The Clerk is requested to remove Michael S. Ryan, Assistant Federal Defender, as notice counsel, and enter the appearance of Ali Kamalzadeh, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 27th day of October 2020.

                                            JAMES T. SKUTHAN
                                            ACTING FEDERAL DEFENDER

                                            */s/ Ali Kamalzadeh*
                                            Ali Kamalzadeh
                                            Assistant Federal Defender
                                            Florida Bar No. 0115995
                                            201 S. Orange Avenue, Suite 300
                                            Orlando, FL 32801
                                            Telephone:   407-648-6338
                                            Facsimile:   407-648-6095
                                            E-Mail: Ali_Kamalzadeh@fd.org

UNITED STATES OF AMERICA v. JACQUELINE OCTAVIA EUGENE<br>Case No: 6:20-cr-121-Orl-37DCI

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Shawn Napier, Assistant United States Attorney, this 27th day of October 2020.

/s/ Ali Kamalzadeh<br>Attorney for Defendant